| | |
|---|---|
| Steven B. Andersen, ISB # 2618<br>**KIRTON AND MCCONKIE**<br>999 W. Main Street, Ste. 100<br>Boise, Idaho 83702<br>Telephone: (208) 370-3325<br>E-mail: sandersen@kmclaw.com | Thomas C. Perry, ISB # 7203<br>**J.R. SIMPLOT COMPANY**<br>1099 W. Front Street<br>Boise, Idaho 83707<br>Telephone: (208) 780-7430<br>E-mail: thomas.perry@simplot.com |

Stephen J. Odell, OSB # 903530 (Application for Admission *Pro Hac Vice* pending)
**MARTEN LAW, PLLC**
1050 SW Sixth Ave., Ste. 2150
Portland, Oregon 97204
Telephone: (503) 241-2648
E-mail: sodell@martenlaw.com

*Attorneys for Applicant for Intervention J.R. Simplot Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br><br>Plaintiff,<br><br>CASEY HAMMOND, Principal Deputy Assistant Secretary for Land and Minerals Management; UNITED STATES DEPARTMENT OF THE INTERIOR; and UNITED STATES BUREAU OF OF LAND MANAGEMENT,<br><br>Defendants,<br><br>and<br><br>J.R. SIMPLOT COMPANY<br><br>Applicant for Intervention. | Case No.: 20-cv-00553-BLW<br><br>**APPLICANT J.R. SIMPLOT COMPANY'S MOTION FOR LEAVE TO INTERVENE AS OF RIGHT OR, IN THE ALTERNATIVE, BY PERMISSION OF THE COURT** |

Pursuant to Federal Rule of Civil Procedure 24, Applicant J.R. Simplot Company ("Simplot") hereby respectfully and timely moves for intervention as a Defendant in the above-captioned action as of right or, in the alternative, by permission of the Court. The Court should

Page 1 – APPLICANT J.R. SIMPLOT COMPANY'S MOTION TO INTERVENE

grant the motion and order that Simplot is entitled to intervene or, alternatively, permit it to intervene, on the grounds set forth in the accompanying memorandum of points and authorities and Declaration of Alan L. Prouty that Simplot is also filing this same date in support of this motion. Simplot is also filing this same date in accordance with Fed. R. Civ. P. 24(c) a proposed Answer to the Complaint in connection with the present motion, and would respectfully request that the Court accept the proposed Answer as Simplot's formal answer upon granting the motion.

Respectfully submitted this 25th day of February 2021.

        s/ Steven B. Andersen
        Steven B. Andersen
        KIRTON AND MCCONKIE
        Stephen J. Odell
        MARTEN LAW, PLLC
        Thomas C. Perry, Senior Counsel
        J.R. SIMPLOT COMPANY

        Attorneys for Applicant-in-Intervention J.R. Simplot Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of February 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Paul C. Echo Hawk | paul@echohawklaw.com |
| William F. Bacon | bbacon@sbtribes.com |
| Devon Lehman McCune | devon.mccune@usdoj.gov |

                                        /s/ *Steven B. Andersen*
                                        Steven B. Andersen