Steven B. Andersen, ISB # 2618
**KIRTON AND MCCONKIE**
999 W. Main Street, Ste. 100
Boise, Idaho 83702
Telephone: (208) 370-3325
E-mail: sandersen@kmclaw.com

Thomas C. Perry, ISB #7203
**J.R. SIMPLOT COMPANY**
1099 W. Front Street
Boise, Idaho 83707
Telephone: (208) 780-7430
E-mail: thomas.perry@simplot.com

Stephen J. Odell, OSB # 903530 (admitted *Pro Hac Vice*)
**MARTEN LAW, PLLC**
1050 SW Sixth Ave., Ste. 2150
Portland, Oregon 97204
Telephone: (503) 241-2648
E-mail: sodell@martenlaw.com

*Attorneys for Defendant-Intervenor, J.R. Simplot Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION, | ) ) ) ) | Case No.:  20-cv-00553-BLW |
| Plaintiff, | ) ) | **DISCOVERY PLAN** |
| CASEY HAMMOND, Principal Deputy Assistant Secretary for Land and Minerals Management; UNITED STATES DEPARTMENT OF THE INTERIOR; and UNITED STATES BUREAU OF OF LAND MANAGEMENT, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| J.R. SIMPLOT COMPANY | ) ) | |
| Defendant-Intervenor. | ) ) | |
| _____ | ) | |

DISCOVERY PLAN - 1

Because this case involves judicial review of agency action and will be resolved by dispositive motions rather than trial, the parties agree that there is no need for a discovery plan or to establish dates for discovery cut-off, expert disclosures, or trial. If any party subsequently determines that it might need discovery for any purpose, that party will make a motion for leave of the Court to conduct such discovery.

DATED this 8th day of October, 2021.

*/s/ Steven B. Andersen*
Steven B. Andersen
KIRTON McCONKIE
Stephen J. Odell
MARTEN LAW, PLLC
Thomas C. Perry, Senior Counsel
J.R. SIMPLOT COMPANY
*Attorneys for Defendant Intervenor J.R. Simplot Company*

*/s/ Devon Lehman McCune*
Devon Lehman McCune
Senior Attorney
U.S. Department of Justice
Environmental & Natural Resources Division
Natural Resources Section
*Attorneys for Federal Defendants*

*/s/ Paul C. Echo Hawk*
Paul C. Echo Hawk
ECHO HAWK LAW OFFICE
William F. Bacon, General Counsel
SHOSHONE-BANNOCK TRIBES
*Attorneys for Shoshone-Bannock Tribes*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 8th day of October 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

|  |  |
|---|---|
| Paul C. Echo Hawk | paul@echohawklaw.com |
| William F. Bacon | bbacon@sbtribes.com |
| Devon Lehman McCune | devon.mccune@usdoj.gov |

/s/ *Steven B. Andersen*
Steven B. Andersen

DISCOVERY PLAN - 3