UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CASEY HAMMOND, Principal Deputy ) Assistant Secretary for Land and  ) Minerals Management; UNITED STATES DEPARTMENT OF THE INTERIOR; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>　　　　　　Defendants<br>and<br><br>J.R. SIMPLOT COMPANY<br>　　　　Intervenor-Defendant. | Case No. 4:20-cv-00553-BLW<br><br>**SCHEDULING ORDER**<br>**TRACK: (Legal)** |

In accordance with the agreements reached in the telephone scheduling conference held between counsel and Court staff on **October 12, 2021**, and to further the just, speedy, and inexpensive determination of this matter,

**NOW THEREFORE IT IS HEREBY ORDERED** that the following recitation of deadlines and procedures will govern this litigation:

SCHEDULING ORDER - 1

1. <u>Amendment of Pleadings and Joinder of Parties</u>: Motions to amend pleadings and join parties must be filed on or before **November 1, 2021**.

2. <u>Administrative Record</u>:

    a. Federal Defendants shall lodge the Administrative Record by **October 29, 2021**.

    b. Plaintiffs and Defendant Intervenor Simplot shall notify Federal Defendants of any objections to the Administrative Record and disclose any materials they assert are necessary to supplement the Administrative record or will be included in a judicial notice motion by **December 1, 2021**.

    c. Federal Defendants will provide a response to the parties regarding any issues raised with regard to the sufficiency of the record by **December 15, 2021**.

    d. If Objections to the Administrative Record or supplemental materials are not resolved, the objecting party shall file any motion to complete or supplement the administrative record or request judicial notice by **January 7, 2022**.

      i. These motions shall include requests to admit extra-record evidence, including declarations that may fit within the *Lands Council* exceptions. *See Lands Council v. Powell*, 395 F.3d 1019, 1030 (9th Cir. 2005).

          1. Any motion concerning such declarations must state (1) the declarant's identity, (2) the declaration's subject matter, and (3) the declaration's substance. Parties need not submit completed declarations.

  e. If such motions are filed, Federal Defendants shall file their responses to such motions **within 21 days**.

  f. If such motions are filed, Plaintiffs and Defendant Intervenor Simplot shall file their replies **within 7 days**.

3. <u>Dispositive Motions</u>:

  a. Plaintiffs shall file their motion for summary judgment and opening brief **within 60 days** of the Court's resolution of any motion to supplement the administrative record, or, if there are no disputes regarding the administrative record or the parties are able to resolve such disputes, by **February 18, 2022**.

**SCHEDULING ORDER - 3**

    b. Federal Defendants and Defendant Intervenor shall file their combined cross-motions for summary judgment and responses to Plaintiffs' motion **within 45 days of Plaintiff's motion**.

    c. Plaintiffs shall file their combined response/reply **within 45 days thereafter.**

    d. Federal Defendants and Defendant Intervenor shall file their replies **within 30 days thereafter**.

    e. For dispositive motions only, the Court adopts the page limits set forth in the Parties stipulated litigation plan (Dkt. 23).

4. <u>Law Clerk</u>: The law clerk assigned to this case is Hannah Pugh. She may be reached at (208) 334-9027.

5. <u>Calendaring Clerk</u>:  Scheduling matters and calendar issues may be directed to **Jamie Gearhart**, who may be reached at (208) 334-9021. If reassigned, consult Judges' web page for staff directory.

6. <u>Docketing Clerk</u>: If you have a docketing question, please contact a docket clerk[1]  at (208) 334-1361.

---

[1] The Clerk's office staff directory may be found on the Court's webpage:
http://id.uscourts.gov/district/attorneys/DocketingCourtroom_Dep.cfm

**SCHEDULING ORDER - 4**

DATED: October 12, 2021

_____
B. Lynn Winmill
U.S. District Court Judge