TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

DEVON LEHMAN McCUNE
Colorado Bar No. 33223
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1487
devon.mccune@usdoj.gov

Shannon Boylan
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
150 M St. NE
Washington, DC 20002
Tel:  (202) 598-9584
Shannon.boylan@usdoj.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br><br>Plaintiff,<br><br>vs.<br><br>LAURA DANIEL-DAVIS, Principal Deputy Assistant Secretary for Land and Minerals Management, et al.<br><br>Defendants,<br><br>and<br><br>J.R. SIMPLOT COMPANY<br><br>Intervenor-Defendant. | Case No.: 4:20-cv-00553-BLW<br><br>**FEDERAL DEFENDANTS' RESPONSE TO DEFENDANT-INTERVENOR J.R. SIMPLOT COMPANY'S MOTION FOR THE COURT TO CONSIDER EXTRA-RECORD MATERIAL** |

Plaintiff Shoshone-Bannock Indian Tribes of the Fort Hall Reservation challenge the United States Department of the Interior's decision to approve a land exchange between the Bureau of Land Management ("BLM") and J.R. Simplot Company ("Simplot").  Compl. (ECF No. 1).  The land Simplot received in the exchange is located next to Simplot's phosphate processing plant known as the "Don Plant" and is within the Eastern Michaud Flat Superfund Site.  The Federal Defendants compiled and served on the parties the administrative record of all the documents directly or indirectly considered by the decisionmaker in making the decision at issue.  Intervenor Simplot then filed a motion for the Court to consider extra-record materials in reviewing and resolving Plaintiff's claims on the merits. ECF No. 26.

Judicial review of an agency decision is based on the administrative record in existence at the time of the decision.  *Camp v. Pitts*, 411 U.S. 138, 142 (1973).  The Ninth Circuit has recognized limited circumstances when district courts may consider extra-record evidence: "(1) if admission is necessary to determine 'whether the agency has considered all relevant factors and has explained its decision,' (2) if 'the agency has relied on documents not in the record,' (3) 'when supplementing the record is necessary to explain technical terms or complex subject matter,' or (4) 'when plaintiffs make a showing of agency bad faith.'" *Lands Council v. Powell*, 395 F.3d 1019 (9th Cir. 2004) (citing *Sw. Ctr. for Biological Diversity v. U.S. Forest Service*, 100 F.3d 1443,  (internal citation and quotation marks omitted).  Therefore, any party wishing to submit such evidence should move the Court to admit extra-record evidence before attaching any declarations to briefs.  *Id.*

Simplot seeks to have the Court consider the Declaration of Alan Prouty (ECF No. 6-2) filed in support of Simplot's motion to intervene in the case, and an exhibit to that declaration

(ECF No. 6-9).  Mr. Prouty's declaration summarizes the efforts Simplot has taken on the site since this Court's ruling in *Shoshone-Bannock Tribes v. U.S. Dep't of the Interior*, No. 4:10-cv-4-BLW, 2011 WL 1743656, *1 (D. Id. May 3, 2011).  The exhibit is a June 2020 United States Environmental Protection Agency ("EPA") document that assesses the remedial actions taken to address fluoride contamination in the Superfund area surrounding the Simplot plant.  ECF No. 6-9.  Simplot argues that the Court should consider both documents in order to explain complex subject matter in the administrative record.  It argues that the Court should consider the exhibit because (1) it provides supplemental material to documents in the administrative record and (2) the Court can take judicial notice of this document that was prepared by a governmental agency in the exercise of its official duties that is not reasonably subject to factual dispute.

These documents were properly excluded from the administrative record because the declaration post-dates the decision, and Simplot has not demonstrated that the EPA document was before the decision-maker at the time of the decision.  Given the specific documents at issue, Simplot's motion for extra-record evidence, and the circumstances of this case, however, Federal Defendants do not object to the use and consideration of the declaration or the EPA report as extra-record evidence, so long as they are used to establish background or to help explain technical material in the record and not "to determine the correctness . . . or wisdom of the agency's decision."  *See Yellowstone to Uintas Connection v. Bolling*, Case No. 4:20-cv-00192-DCN, 2021 WL 5702158, at *10 (D. Id. Dec. 1, 2021) (citing *Nw. Envtl. Advocates v. NMFS*, 460 F.3d 1125, 1144 (9th Cir. 2006) (noting that consideration of extra-record evidence on the merits of an APA claim is not permitted).  The EPA report also is a government document publically available on the agency's website.  Therefore, Federal Defendants do not object to the Court taking judicial notice of the report to prove its existence and contents, but would object to

the report being used to prove the truth of the matters asserted therein. *Friends of the Clearwater v. Higgins*, 523 F. Supp. 3d 1213, 1222 (D. Id. 2021).

DATED this 28th day of January, 2022.

        TODD KIM
        Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        *s/ Devon Lehman McCune*
        DEVON LEHMAN McCUNE
        Colorado Bar No. 33223
        Senior Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        999 18th St., South Terrace, Suite 370
        Denver, CO 80202
        Tel: (303) 844-1487
        Fax: (303) 844-1350
        devon.mccune@usdoj.gov

        Shannon Boylan
        Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        150 M St. NE
        Washington, DC 20002
        Tel:  (202) 598-9584
        Shannon.boylan@usdoj.gov
        *Attorneys for Defendants*