TODD KIM
Assistant Attorney General
DEVON LEHMAN McCUNE, Senior Attorney
Colorado Bar No. 33223
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1487/Fax: (303) 844-1350
Email: Devon.McCune@usdoj.gov
SHANNON BOYLAN, Trial Attorney
D.C. Bar No. 1724269
150 M St. NE, Suite 3.1406
Washington, DC 20044
Tel: (202) 598-9584/Fax: (202) 305-0506
Email: shannon.boylan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>LAURA DANIEL-DAVIS,[1] PRINCIPAL DEPUTY ASSISTANT SECRETARY FOR LAND AND MINERALS MANAGEMENT, UNITED STATES DEPARTMENT OF THE INTERIOR and UNITED STATES BUREAU OF LAND MANAGEMENT, | Case No.: 4:20-cv-00553-BLW<br><br>**FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF BRIEFING SCHEDULE AND FOR EXPEDITED CONSIDERATION & RULING ON MOTION** |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Ms. Daniel-Davis is automatically substituted for her predecessor in the official public position she now holds for the U.S. Department of the Interior.

Defendants,

and

J.R. SIMPLOT COMPANY,

        Defendant-Intervenor.

Pursuant to Federal Rule of Civil Procedure 7 and LR 6.1(a), Federal Defendants hereby respectfully move the Court for a sixty-day extension of time for Federal Defendants to file their cross-motion for summary judgment and respond to Plaintiff Shoshone-Bannock Tribes of the Fort Hall Reservation's motion for summary judgment. This is Federal Defendants' first request for an extension on the briefing schedule for the parties' cross-motions for summary judgment. Federal Defendants further respectfully request that the Court consider the motion on an expedited basis in light of the fact that the cross-motion is currently due on June 13, 2022.

Plaintiff filed its motion for summary judgment on April 29, 2022 (ECF No. 37) pursuant to the Court's Scheduling Order issued on October 12, 2021 (ECF No. 24) ("Scheduling Order"). The remaining deadlines for the parties' cross-motions for summary judgment as established by the Scheduling Order are:

- 06/13/22: Deadline for Federal Defendants and Intervenor-Defendant J.R. Simplot Company ("Simplot") to respond to Plaintiff's summary judgment motion and file cross-motions for summary judgment[2]

---

[2] To maintain consistency with the Scheduling Order, Federal Defendants anticipate that the deadline for both Federal Defendants and Defendant-Intervenor Simplot would similarly be extended by sixty days if this Court grants Federal Defendants' motion for an extension so that both cross-motions/oppositions would be filed on the same day.

- 07/28/22: Deadline for Plaintiff to respond to Defendants' cross-motions for summary judgment and file reply in support of their motion for summary judgment
- 08/29/22: Deadline for Defendants to file replies in support of cross-motions for summary judgment

On May 18, 2022, undersigned counsel for Federal Defendants advised counsel for the other parties of Federal Defendants' intention to seek a 60-day extension of their summary judgment deadline and asked if the parties would agree to such an extension. In response, Plaintiff's counsel requested information regarding whether any ground-disturbing activities would occur on the former federal exchange lands that Simplot acquired pursuant to the challenged land exchange in December 2020 during this 60-day extension time frame. On May 24, 2022, counsel for Simplot responded that the only ground-disturbing activity Simplot plans to undertake on the former federal exchange lands between that date and August 12, 2022, is ongoing work in connection with drilling a groundwater monitoring well that was due to be completed within a week or so.

On May 31, 2022, Plaintiff's counsel stated that Plaintiff would not agree to a sixty-day extension, but might agree to a thirty-day extension upon certain conditions, including that Federal Defendants and Simplot waive any argument related to completion of work on the property at any time after the Bureau of Land Management issued its Record of Decision in August 2020. Because a thirty-day extension is not sufficient for Federal Defendants to effectively respond to Plaintiff's motion for summary judgment and Federal Defendants are not able to agree to Plaintiff's conditions, Federal Defendants move this Court for a sixty-day extension.

Federal Defendants' motion is based on good cause. First, Federal Defendants need additional time to fully consider and respond to Plaintiff's arguments. Plaintiff's summary judgment brief is fifty pages long and makes a number of arguments based on

multiple federal statutes and treaties.  Some of these arguments either were not raised in the Complaint, such as the argument that the land exchange at issue does not meet the equal-value requirements of the Federal Land Policy and Management Act ("FLPMA"), or have been expanded upon from the allegations in the Complaint.  Federal Defendants therefore need additional time to consider and respond to these arguments.  In addition, Plaintiff submitted a separate statement of material facts in support of their motion for summary judgment to which Federal Defendants intend to respond.

Federal Defendants also need additional time to determine how to address the exhibits attached to Plaintiff's motion, which total nearly 500 pages.  These exhibits are outside the administrative record compiled by Federal Defendants and provided to the parties, and Plaintiff did not inform Federal Defendants that it viewed such materials as necessary to supplement that administrative record by December 1, 2021, as provided in the Scheduling Order.  Nor did Plaintiff move the Court to complete or supplement the administrative record or request judicial notice, as required by the Scheduling Order.  Federal Defendants therefore need additional time to examine and determine how to respond to these materials, including possibly moving to strike some or all of the materials.

Federal Defendants also request more time to consider a settlement counter-proposal.  The parties engaged in a mediation session that resulted in Simplot sharing a proposed conceptual settlement framework, and Plaintiff offering a counter-proposal that was provided to Federal Defendants on April 1, 2022.  Federal Defendants intend to use the additional 60 days, if granted, to consider the counterproposal, in addition to using the time to prepare their cross-motion for summary judgment and supporting memorandum.

Finally, Federal Defendants require an additional sixty days instead of a shorter extension because of litigation counsel's other deadlines and scheduled leave.  Ms. Boylan has a motion for summary judgment in another federal case due on June 24, a

hearing on July 6, and she will be out of the office attending depositions during the weeks of June 20 and July 11. Ms. McCune also has scheduled, pre-paid travel plans and will be out of the country from July 19 to July 26. In light of these scheduling conflicts, a shorter extension of 30 or 45 days would not provide Federal Defendants sufficient time to prepare their filings.

In light of the foregoing, Federal Defendants respectfully request this Court extend the deadline for submitting cross-motions for summary judgment and oppositions to Plaintiff's motion for summary judgment for sixty days, up to and including August 12, 2022.

Federal Defendants further respectfully submit that good cause exists for the Court to give expedited consideration to this motion because their cross-motion for summary judgment and opposition to Plaintiff's motion is due June 13, 2022, less than two weeks from now. Therefore, the ordinary time frame for briefing and resolution of motions in the local rules would not allow Federal Defendants' requested extension to be ruled upon prior to this next pending deadline. In addition, Plaintiff has been aware of Federal Defendants' need for an extension since May 18 and only provided its position on May 31. Plaintiff's counsel represented that Plaintiff does not object to expedited consideration as long as Plaintiff has until June 7 to respond to the motion for an extension and provided the Court is agreeable to an expedited schedule.

For the foregoing reasons, Federal Defendants respectfully submit that the Court should provide expedited consideration to this motion for an extension of the summary judgment briefing schedule, and issue a revised scheduling order reflecting the extended deadlines this motion requests.

WHEREFORE, Federal Defendants respectfully request that the Court grant this Motion and extend the filing deadline for Federal Defendants' cross-motion by sixty

days, making the filing deadline August 12, 2022, and push back all other scheduled dates by sixty days.

Respectfully submitted this 2nd day of June, 2022,

TODD KIM
Assistant Attorney General

 /s/ Devon Lehman McCune
DEVON LEHMAN McCUNE
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
Devon.McCune@usdoj.gov

SHANNON BOYLAN
D.C. Bar No. 1724269
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St. NE., Suite 3.1406
Washington, DC 20002
Tel: (202) 598-9584
Fax: (202) 305-0293
shannon.boylan@usdoj.gov