Andrea Zaccardi
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

Ragan Whitlock (*Pro Hac Vice pending*)
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
(727) 426-3653
rwhitlock@biologicaldiversity.org

*Attorneys for the Amici Curiae*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br><br>Plaintiffs,<br><br>v.<br><br>LAURA DANIEL-DAVIS, Principal Deputy Assistant Secretary for Land and Mineral Management, UNITED STATES DEPARTMENT OF THE INTERIOR and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Case No.: 4:20-cv-00553<br><br>**NOTICE OF ERRATA** |

On July 1, 2022, Amici Curiae filed "Unopposed Motion for Leave to File Amici Curiae Brief in Support of Plaintiff Shoshone-Bannock Tribes' Motion for Summary Judgment" in the above-referenced case. DE 46. The Motion, and Exhibit A "Proposed Amici Curiae Brief in Support of Plaintiff's Motion for Summary Judgment" inadvertently misidentified one of the conservation and public health organizations among the Proposed Amici. The organization listed as "Western Watersheds Council" should have been listed as "Western Watersheds Project."

Additionally, the membership for the Center for Biological Diversity, listed in the proposed brief as more than 1.5 million supporters, with over 7,000 supporters in Idaho, should be corrected to reflect more than 1.7 million members and supporters nationwide, including more than 7,200 members and supporters in Idaho.

The corrected Motion and Brief are attached hereto. Additionally, because this Court issued an order on July 1, 2022, granting the Motion and directing Amici Curiae to file the Brief within 7 days of the Order, DE 48, Amici Curiae will file the corrected version accompanying this notice of errata within the issued timeframe.

We apologize for the error.

Case 4:20-cv-00553-BLW   Document 49   Filed 07/05/22   Page 3 of 4

2

Dated:  July 5, 2022                                      Respectfully submitted,


  */s/ Andrea Zaccardi*
Andrea Zaccardi
(Idaho Bar No. 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
Tel: (303) 854-7748
azaccardi@biologicaldiversity.org

  */s/ Ragan Whitlock*
Ragan Whitlock (*Pro hac vice pending*)
FL1034177
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 426-3653
rwhitlock@biologicaldiversity.org

*Attorneys for Amici Curiae*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record.

  */s/ Andrea Zaccardi*
  Andrea Zaccardi