TODD KIM
Assistant Attorney General
DEVON LEHMAN McCUNE, Senior Attorney
Colorado Bar No. 33223
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1487/Fax: (303) 844-1350
Email: Devon.McCune@usdoj.gov
SHANNON BOYLAN, Trial Attorney
D.C. Bar No. 1724269
150 M St. NE, Suite 3.1406
Washington, DC 20044
Tel: (202) 598-9584/Fax: (202) 305-0506
Email: shannon.boylan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>LAURA DANIEL-DAVIS, PRINCIPAL DEPUTY ASSISTANT SECRETARY FOR LAND AND MINERALS MANAGEMENT, et al.<br><br>Federal Defendants,<br><br>and<br><br>J.R. SIMPLOT COMPANY,<br><br>Defendant-Intervenor. | Case No.: 4:20-cv-00553-BLW<br><br>**FEDERAL DEFENDANTS' RESPONSE TO DEFENDANT-INTERVENOR'S MOTION FOR LEAVE TO FILE RESPONSE TO AMICI BRIEF** |

Federal Defendants do not oppose Defendant-Intervenor J.R. Simplot's Motion for Leave to Respond to Amici Brief. Federal Defendants have concerns similar to those that Simplot raises in its motion, including that Amici Curiae titled their motion as "unopposed," when Federal Defendants had indicated to Amici's counsel that they took no position on the motion at the time, and would review Amici's motion and decide whether to oppose. In addition, the brief addresses issues beyond those previously addressed by Plaintiff, and refers to evidence outside the Administrative Record.

Federal Defendants submit, however, that an additional week beyond the August 12th deadline to respond to Plaintiff's Motion for Summary Judgment is required to separately respond to the Amici brief. Federal Defendants would prefer, however, to address the Amici brief in the same brief as that responding to Plaintiff's Motion for Summary Judgment.

Therefore, Federal Defendants respectfully request that the deadline for their cross-motion for summary judgment be extended by one week to August 19th and an additional ten pages be allowed so that Federal Defendants may properly respond to the Amici brief.

Respectfully submitted this 19th day of July, 2022,

        TODD KIM
        Assistant Attorney General

        */s/ Shannon Boylan*
        SHANNON BOYLAN
        D.C. Bar No. 1724269
        Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        150 M St. NE., Suite 3.1406
        Washington, DC 20002
        Tel: (202) 598-9584
        Fax: (202) 305-0293

shannon.boylan@usdoj.gov

DEVON LEHMAN McCUNE
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
Devon.McCune@usdoj.gov