TODD KIM
Assistant Attorney General
DEVON LEHMAN McCUNE, Senior Attorney
Colorado Bar No. 33223
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1487/Fax: (303) 844-1350
Email: Devon.McCune@usdoj.gov
SHANNON BOYLAN, Trial Attorney
D.C. Bar No. 1724269
150 M St. NE, Suite 3.1406
Washington, DC 20044
Tel: (202) 598-9584/Fax: (202) 305-0506
Email: shannon.boylan@usdoj.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br><br>Plaintiff,<br><br>v.<br><br>LAURA DANIEL-DAVIS, PRINCIPAL DEPUTY ASSISTANT SECRETARY FOR LAND AND MINERALS MANAGEMENT, *et al.*,<br><br>Defendants,<br><br>and<br><br>J.R. SIMPLOT COMPANY,<br><br>Defendant-Intervenor. | Case No.: 4:20-cv-00553-BLW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE AND FOR EXPEDITED CONSIDERATION & RULING ON MOTION** |

Pursuant to Federal Rule of Civil Procedure 7 and LR 6.1(a), Federal Defendants hereby respectfully move the Court for an extension of time of three business days for Federal Defendants and Intervenor-Defendant J.R. Simplot Company to file their cross-motion for summary judgment and respond to Plaintiff Shoshone-Bannock Tribes of the Fort Hall Reservation's motion for summary judgment, making the deadline August 17, 2022.  This is Federal Defendants' second request for an extension on the briefing schedule for the parties' cross-motions for summary judgment.  Federal Defendants further respectfully request that the Court consider the motion on an expedited basis in light of the fact that the cross-motion is currently due on August 12, 2022.

Federal Defendants request that the Court grant their motion because undersigned counsel has been ill with COVID-19 and has a child ill with COVID-19, and other counsel has been dealing with an ongoing family medical emergency.  Federal Defendants therefore require additional time to file their cross-motion and respond to Plaintiff's motion.  No other deadlines will be affected by this extension.  Counsel for Plaintiff and Simplot have represented that they do not oppose this motion.

Federal Defendants further respectfully submit that good cause exists for the Court to give expedited consideration to this motion because their cross-motion for summary judgment and opposition to Plaintiff's motion is due August 12, 2022, less than two weeks from now. Therefore, the ordinary time frame for resolution of motions in the local rules would not allow Federal Defendants' requested extension to be ruled upon prior to this next pending deadline.

WHEREFORE, Federal Defendants respectfully request that the Court grant this Motion and extend the filing deadline for Federal Defendants' and Simplot's cross-motions for summary judgment by three business days, making the filing deadline August 17, 2022.

Respectfully submitted this 3rd day of August, 2022,


TODD KIM
Assistant Attorney General

 /s/ Devon Lehman McCune
DEVON LEHMAN McCUNE
Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO  80202
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
Devon.McCune@usdoj.gov

SHANNON BOYLAN
D.C. Bar No. 1724269
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M St. NE., Suite 3.1406
Washington, DC 20002
Tel: (202) 598-9584
Fax: (202) 305-0293
shannon.boylan@usdoj.gov