Steven B. Andersen, ISB # 2618
**KIRTON MCCONKIE**
999 W. Main Street, Ste. 100
Boise, Idaho 83702
Telephone: (208) 370-3325
E-mail: sandersen@kmclaw.com

Thomas C. Perry, ISB # 7203
**J.R. SIMPLOT COMPANY**
1099 W. Front Street
Boise, Idaho 83707
Telephone: (208) 780-7430
E-mail: thomas.perry@simplot.com

Stephen J. Odell, OSB #903530 (Admitted *Pro Hac Vice*)
**MARTEN LAW, LLP**
1050 SW Sixth Ave., Ste. 2150
Portland, Oregon 97204
Telephone: (503) 241-2648
E-mail: sodell@martenlaw.com

*Attorneys for Defendant-Intervenor J.R. Simplot Company*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br><br>Plaintiff,<br><br>LAURA DANIEL-DAVIS[1], Principal Deputy Assistant Secretary for Land and Minerals Management; UNITED STATES DEPARTMENT OF THE INTERIOR; and UNITED STATES BUREAU OF OF LAND MANAGEMENT,<br><br>Defendants.<br><br>and<br><br>J.R. SIMPLOT COMPANY<br><br>Defendant-Intervenor. | Case No.: 4:20-cv-00553-BLW<br><br>**DEFENDANT-INTERVENOR J.R. SIMPLOT COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT PURSUANT TO THE APA** |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Ms. Daniel-Davis is being automatically substituted for her predecessor in the official public position she now holds for the U.S. Department of the Interior.

Page 1 – DEF.-INTVNR. SIMPLOT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Chapter 7 of the Administrative Procedure Act, 5 U.S.C. Secs. 701-06, Fed. R. Civ. P. 56, and Dist. Idaho Loc. Civ. R. 7.1, Defendant-Intervenor J.R. Simplot Company ("Simplot") hereby respectfully cross-moves for summary judgment on each of Plaintiff's claims in the above-captioned action. *See Florida Power & Light Co. v. Lorion*, 470 U.S. 729, 744-45 (stating that in a case involving judicial review under the APA, "[t]he task of the reviewing court is to apply the appropriate APA standard of review, 5 U.S.C. § 706, to the agency decision based on the record the agency presents to the reviewing court"); *Occidental Eng'g Co. v. INS*, 753 F.2d 766, 769-70 (9th Cir. 1985) (holding that "summary judgment is an appropriate mechanism for deciding the legal question of whether the agency could reasonably have found the facts as it did"). Simplot respectfully submits that the Court should grant its cross-motion and rule in favor of Defendants on each of Plaintiff's claims. The grounds in support of Simplot's cross-motion are set forth in the accompanying memorandum of points and authorities and Statement of Undisputed Material Facts that Simplot files this same date in support of its cross-motion, Federal Defendants' administrative record (ECF No. 32) as supplemented consistent with the Court's Orders on the scope of the record (ECF No. 24 at ¶ 2 & ECF No. 33), and arguments of counsel at the hearing scheduled (ECF No. 44) on this motion, Federal Defendants' Cross-Motion for Summary Judgment, and Plaintiff's Motion for Summary Judgment (ECF No. 37).

Respectfully submitted this 17th day of August 2022.

> s/ Steven B. Andersen
> Steven B. Andersen
> KIRTON MCCONKIE
> Stephen J. Odell
> MARTEN LAW, LLP
> Thomas C. Perry, Senior Counsel
> J.R. SIMPLOT COMPANY
>
> Attorneys for Defendant-Intervenor J.R. Simplot Company